OPINION — AG — ** FRANCHISE ELECTION — MUNICIPALITY ** (1) NEWLY QUALIFIED ELECTORS REGISTERING FOR THE PURPOSE OF CASTING THEIR VOTES AT A CITY ELECTION ARE REGISTERED NOT ONLY FOR THE CITY ELECTION, BUT FOR A COUNTY OR GENERAL ELECTION AS WELL. (2) THE " REGISTRATION BOOKS " SHALL BE OPENED PRIOR TO A " FRANCHISE ELECTION ". (MUNICIPAL FUNDS, EXPENSE, EXPENDITURES, COST OF ELECTION) CITE: 11 O.S. 28 [11-28], 26 O.S. 73 [26-73] (J. H. JOHNSON)